# Court of Appeals
# of the State of Georgia

ATLANTA,   July 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1923.  GARIN LEE DANIEL v. THE STATE.**

Garin Lee Daniel was convicted of trafficking in cocaine and possession of marijuana, and his conviction was affirmed on appeal. See *Daniel v. State*, 306 Ga. App. 48 (701 SE2d 499) (2010). Daniel subsequently filed a motion to set aside his judgment of conviction, challenging the validity of his arrest warrant, grand jury proceedings, and the effectiveness of trial counsel.  The trial court dismissed the motion based upon Daniel's failure to raise a valid void sentence argument.  Daniel filed a notice of appeal from this ruling.

A direct appeal lies from an order denying or dismissing a motion to correct a void sentence only if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216, n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  A sentence is void only when the trial court imposes punishment that the law does not allow. See *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002).  Here, Daniel does not assert that the trial court imposed a sentence the law does not allow.  Rather, he takes issue with his underlying conviction.  The Supreme Court has made clear, however, that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Daniel is not authorized to collaterally attack his conviction in this manner, his appeal of the issue is hereby DISMISSED. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694

SE2d 665) (2010).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/15/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*